**Order entered February 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00575-CV

**BETTER BUSINESS BUREAU OF METROPOLITAN DALLAS, INC., Appellant**

**V.**

**LLOYD WARD & ASSOCIATES P.C. AND LLOYD WARD, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-03357-C**

## ORDER

On the Court's motion, we **ORDER** this case removed from the submission docket for

March 1, 2013. The case will be reset in due course.

/s/ JIM MOSELEY
   PRESIDING JUSTICE